USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
C.S. and K.S., individually and on behalf of G.S., :
:
                          Plaintiffs, :
          -against- :
: 22-CV-3478 (VEC)
NEW YORK CITY DEPARTMENT OF :
EDUCATION, : ORDER
:
                          Defendant. :
------------------------------------------------------------- :
                                    X

VALERIE CAPRONI, United States District Judge:

       WHEREAS on April 29, 2022, Plaintiffs filed a summons and purported proof of service on Defendant, *see* Dkt. 6;

       WHEREAS the proof of service fails to indicate the method of service and is therefore deficient; and

       WHEREAS Plaintiffs' counsel has been previously admonished by this Court for falsely claiming to have effectuated service, and has been warned of possible sanctions for any future misconduct. *See* No. 22-cv-651, Dkts. 16, 19.

       IT IS HEREBY ORDERED that by no later than **May 25, 2022**, Plaintiffs' counsel must file by ECF a sworn affidavit describing how service was conducted in this case.

       IT IS FURTHER ORDERED that Plaintiffs' counsel may be subject to sanctions if he is unable to demonstrate compliance with the Federal Rules of Civil Procedure for service of process.

**SO ORDERED.**

**Date: May 23, 2022**
**New York, New York**
                                       **VALERIE CAPRONI**
                                       **United States District Judge**